nation, and that the Board therefore lacked jurisdiction to hear his appeal. Accordingly, the Board did not err in dismissing his appeal for lack of jurisdiction.

Because the Board's decision was supported by substantial evidence and was not arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law, we affirm.

v. Hoechst Marion Roussel, Inc., this appeal is dismissed sua sponte.

**Michele A. BEAN, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 02–3002.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2001.

ORDER

Petitioner having paid the required filing fee, and having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.

**AMGEN INC., Plaintiff–Appellee,**

v.

**HOECHST MARION ROUSSEL, INC. (now known as Aventis Pharmaceuticals Inc.) and Transkaryotic Therapies, Inc., Defendants–Appellants.**

No. 02–1074.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2001.

ORDER

Pursuant to this court's November 30, 2001, order in 01–1191, –1218, Amgen Inc.